# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| PEYTON HOPSON, | : Case No. 2:23-cv-951 |
| Plaintiff, | : |
| vs. | : District Judge Algenon L. Marbley |
| | : Magistrate Judge Peter B. Silvain, Jr. |
| MICHELLE BUMGARDNER, | : |
| Defendant. | : |

## ORDER

This matter is before the Court on *pro se* Plaintiff's Motion for an Order Compelling Service ("Motion"). (Doc. #9). In the Motion, Plaintiff requests that the Court direct service on Defendant Bumgardner. *Id.* However, the Court previously issued service on Defendant Bumgardner on August 2, 2023. (Doc. #6). Additionally, on the same day that Plaintiff's Motion was filed, Defendant Bumgardner filed her Answer. *See* Doc. #8. Accordingly, Plaintiff's Motion for an Order Compelling Service (Doc. #9) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

October 25, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge