# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PEYTON HOPSON, | : | Case No. 2:23-cv-951 |
| Plaintiff, | : | |
| vs. | : | District Judge Algenon L. Marbley |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MICHELLE BUMGARDNER, | : | |
| Defendant. | : | |

## CALENDAR ORDER

This matter shall proceed as follows:

1. Motions to Amend the Pleadings and/or Add Additional Parties: **November 24, 2023**

2. Discovery Deadline: **May 24, 2024**

3. Dispositive Motion Deadline: **June 24, 2024**

Final pretrial conference and trial dates shall be set if necessary after all dispositive motions have been ruled on.

**IT IS SO ORDERED.**

October 25, 2023

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge