# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PEYTON HOPSON, | : | Case No. 2:23-cv-951 |
| Plaintiff, | : | |
| vs. | : | Chief Judge Algenon L. Marbley |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MICHELLE BUMGARDNER, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon Plaintiff's Request for Leave to File Addendum to Plaintiff's Reply. (Doc. #22). Plaintiff asks to file an addendum to his Reply in support of his Motion for Leave to File Amendment of Complaint. *Id.* Plaintiff indicates that he had difficulties obtaining copies when he filed his Reply. *Id.*

For good cause shown, Plaintiff's Request for Leave to File Addendum to Plaintiff's Reply (Doc. #22) is **GRANTED**. Plaintiff's Addendum to his Reply (Doc. #22-1) is accepted as filed.

**IT IS SO ORDERED.**

June 21, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge