# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PEYTON HOPSON, | : | Case No. 2:23-cv-951 |
| Plaintiff, | : | |
| vs. | : | Chief District Judge Algenon L. Marbley |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MICHELLE BUMGARDNER, | : | |
| Defendant. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION FOR SUMMARY JUDGMENT

You are hereby notified that Defendant Michelle Bumgardner filed a Motion for Summary Judgment on July 24, 2024. (Doc. #29). You should receive a copy of the Motion directly from Defendant.

Your response must be filed with the Court not later than **August 19, 2024**. *See* S.D. Ohio Civ. R. 7.2(a). If you fail to file a timely response, Defendant's Motion for Summary Judgment may be granted and your case dismissed.

July 25, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge