# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PEYTON HOPSON, | : | Case No. 2:23-cv-951 |
| Plaintiff, | : | |
| vs. | : | Chief Judge Algenon L. Marbley |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MICHELLE BUMGARDNER, | : | |
| Defendant. | : | |

# ORDER

This case is before the Court upon Plaintiff's Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment. (Doc. #34). Plaintiff moves this Court for a fifteen-day extension to file his response to Defendant's Motion for Summary Judgment. *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time to File a Response to Defendant's Motion for Summary Judgment (Doc. #34) is **GRANTED**. Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. #29) is due **September 3, 2024**.

**IT IS SO ORDERED.**

August 20, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge