# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PEYTON HOPSON, | : | Case No. 2:23-cv-951 |
| Plaintiff, | : | |
| vs. | : | District Judge Algenon L. Marbley |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| MICHELLE BUMGARDNER, | : | |
| Defendant. | : | |

## ORDER

This case is before the Court upon Plaintiff's Motion for Extension of Time. (Doc. #59). Plaintiff moves this Court for an extension of time to file his reply in support of his motion(s) to alter or amend a judgment under Federal Rule of Civil Procedure 59(e). *Id.*

For good cause shown, Plaintiff's Motion for Extension of Time (Doc. #59) is **GRANTED**. Plaintiff shall file his reply in support of his motion(s) to alter or amend a judgment on or before **July 1, 2025**.

**IT IS SO ORDERED.**

June 17, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge